**Ismael HERNANDEZ, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

No. 28556.

Court of Criminal Appeals of Texas.

Oct. 31, 1955.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty:, Austin, for the State.

PER CURIAM.

The offense is driving while intoxicated; the punishment, ten days in jail and a fine of $50.

As required by Article 827, Vernon's Ann.C.C.P., the record does not reflect that a notice of appeal was given and entered of record.

In the absence thereof, this Court has no jurisdiction to entertain the appeal.

The appeal is dismissed.